UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
1:41 pm, Apr 08, 2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:21-cr-121-JRS-DML |
| DALTON KURTZ, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

### COUNT 1
**Misprision of Felony**
**Title 18, United States Code, Section 4**

1. The defendant, DALTON KURTZ, was employed as an officer of the Muncie Police Department ("MPD").

2. N.B. was a civilian juvenile arrested by DALTON KURTZ and other MPD officers on or about June 5, 2018, in Muncie, Indiana.

3. On or about June 5, 2018, in Delaware County, Indiana, in the Southern District of Indiana, the defendant,

**DALTON KURTZ,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, did conceal the same from law enforcement and did not as soon as possible make the illegal activity known to a judge, agent, or other person in civil and military authority under the United States. Specifically, DALTON KURTZ knew that, during N.B.'s arrest, another MPD officer, Officer Chase Winkle, while acting under color of law, kicked and used hand strikes against N.B. without

justification, resulting in bodily injury to N.B. and involving the use of a dangerous weapon (i.e., a shod foot), all of which constitutes a felony violation of 18 U.S.C. § 242. DALTON KURTZ knew that Officer Winkle's actions constituted a felony, but failed to notify an authority of the United States of this felony as soon as possible, and instead took the affirmative step of concealing his knowledge of this felony by writing a false report about the incident.

All of which is in violation of Title 18, United States Code, Section 4.

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Civil Rights Division

By: _____
Mary J. Hahn
Katherine G. DeVar
Trial Attorneys


JOHN E. CHILDRESS
Acting United States Attorney
Southern District of Indiana

By: _____
Cindy J. Cho
Criminal Chief

_____
Nicholas J. Linder
Assistant United States Attorney