UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00121-JRS-KMB |
| | ) | |
| DALTON KURTZ, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ENTRY FOR JULY 14, 2023

On this date, Defendant, Dalton Kurtz, appeared in person and by counsel, Adam Henry and Ryan Gardner, for a sentencing hearing. The Government appeared by counsel, Katherine Gray DeVar and Peter Blackett, with its investigative agent, Glen Carlson. Danieka Thompkins appeared on behalf of the United States Probation Office.  The hearing was recorded by Court Reporter, Laurie Morgan.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, Sentence was imposed as stated on the record, including:

- <u>Special Assessment:</u>  $100.00.
- <u>Incarceration:</u> 6 months.  The Court recommends placement as close to Muncie, IN as possible, at the lowest security level deemed appropriate. The Court further recommends educational programming and vocational training in HVAC.
- <u>Supervised Release:</u> 1 year.
- <u>Fine:</u> $1,000, interest waived.

By reference to the PSR, and after the Defendant waived formal reading, the Court advised the Defendant that while she is on supervised release, she is to comply with the following conditions:

- You shall not commit another federal, state or local crime.
- You shall not unlawfully possess a controlled substance. You shall refrain from any unlawful use of a controlled substance. The defendant is suspended from drug testing mandated by the Crime Control Act of 1994 based on the Court's determination he poses a low risk of future substance abuse.
- You shall cooperate with the collection of DNA as directed by the probation officer.
- You shall report to the probation officer in a manner and frequency directed by the court or probation officer.
- You shall be monitored by GPS Monitoring for a period of 2 months, to commence as soon as practical, and shall abide by all of the technology requirements. You may be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court-ordered obligations, or other activities as pre-approved by the probation officer.
- The defendant shall report to the Probation Office in the judicial district to which he is released within 72 hours of release from the Bureau of Prisons.
- You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.
- You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer.
- You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.
- You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.
- You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

- You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.
- You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.
- You shall maintain lawful full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.
- You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.
- You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.
- You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.
- You shall pay the costs associated with the following imposed condition of supervised release/ probation, to the extent you are financially able to pay: location monitoring. The probation officer shall determine your ability to pay and any schedule of payment.

The Defendant shall pay to the United States a special assessment of $100. Payment of the special assessment and fine shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant is to remain under the same conditions of pretrial release previously imposed.

The proceedings were adjourned.


Date: 07/14/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana



Distribution to all counsel of record via CM/ECF.